## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

Dennis L. Huxtable,                                         8:11-CV-420

        Plaintiff,

v.                                               **ORDER FOR DISMISSAL WITH PREJUDICE**

The Standard Insurance Company,

        Defendant.

Pursuant to the parties' stipulation (Filing No. 14), it is hereby ordered that the above-captioned matter is dismissed with prejudice, on the merits, and without an award of attorneys' fees or costs to any party.

**BY THE COURT:**

Dated: 05/29/2012                 *s/ Joseph F. Bataillon*
                                      United States District Judge

964530.1